DANIEL J. BRODERICK, #89424
Federal Defender
LEXI NEGIN, DC Bar #446153
Assistant Federal Defender
Designated Counsel for Service
MEAGAN E. MELANSON
Chief Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JUSTIN T. EDWARDS


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) No. 07-CR-0093-KJM |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER TO CONTINUE<br>) JUDGMENT AND SENTENCING HEARING |
| JUSTIN T. EDWARDS, | ) |
| Defendant. | ) Date:  September 27, 2007<br>) Time:  10:00 a.m.<br>) Judge: Hon. Kimberly J. Mueller |

It is hereby stipulated and agreed to between the United States
and the defendant, JUSTIN T. EDWARDS, by and through his undersigned
counsel, Lexi Negin, that the Judgment and Sentencing Hearing be
continued to Thursday, September 27, 2007 at 10:00 a.m.

The defense is requesting a continuance due to the unavailability
of Mr. Edwards on the current date of September 13, 2007 because of
educational obligations.

1      The Court need not exclude time under the Speedy Trial Act as the

2  defendant has already entered a guilty plea.

3  Dated:  September 12, 2007

                                    Respectfully submitted,
4
                                    DANIEL J. BRODERICK
5                                   Federal Defender

6
                                    /s/  Lexi Negin
7                                   _____

8                                   LEXI NEGIN
                                    Assistant Federal Defender
9
                                    MEAGAN E. MELANSON
                                    Chief Certified Student Attorney
10
                                    Attorney for Defendant
11                                  JUSTIN T. EDWARDS

12  Dated:  September 12, 2007

                                    McGREGOR W. SCOTT
13                                  United States Attorney

14
                                    /s/ Matthew Stegman
15                                  _____

16                                  MATTHEW STEGMAN
                                    Assistant United States Attorney

17
                                **ORDER**
18
       IT IS SO ORDERED.
19

20
    Dated: September 12, 2007.
21

22

23

24                                  _____

25                                  U.S. MAGISTRATE JUDGE

26

27

28