UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Kimberly J. Mueller
United States Magistrate Judge
Sacramento, California

                RE:    Justin Tremain EDWARDS
                      Docket Number:   2:07CR00093-01
                      <u>**CONTINUATION OF INITIAL**</u>
                      <u>**APPEARANCE**</u>

Your Honor:

On July 18, 2008, Your Honor signed a probation violation petition on the above named offender, placing the matter on the Court's calendar for Thursday, August 21, 2008, at 10:00 a.m.  The probation officer was ordered to notify the defendant and counsel of said hearing.

On July 28, 2008, the undersigned attempted to serve the offender with the petition and notify him of his scheduled court date.  While attempting to perform this function, the undersigned discovered that the offender, on July 25, 2008, was involved in a serious automobile accident in Vacaville, California.  According to reports from the automobile accident, the offender was driving a vehicle east on Interstate 80 in Vacaville and reportedly driving dangerously.  He was driving at a high rate of speed when he lost control of his vehicle, struck a guard rail and bounced into the path of a semi-tractor trailer.  The semi-tractor trailer overturned.  The driver was not injured.  However, the offender's vehicle also overturned and he suffered "major multiple injuries."

According to the offender's mother, he is presently at Kaiser Hospital in Vallejo where she expects him to remain for an additional month going through rehabilitation.  Prior to that, he was at UC Davis Medical Center and Kaiser Hospital in Roseville.

Based on the aforementioned, it would appear necessary to continue the offender's initial appearance on the probation violation petition for an additional two months while he recovers.  Therefore, the undersigned is requesting the Court continue the presently

**RE:    Justin Tremain EDWARDS**
          **Docket Number:   2:07CR00093-01**
          <u>**CONTINUATION OF INITIAL APPEARANCE**</u>


scheduled initial appearance on the probation violation petition scheduled for August 21, 2008, at 10:00 a.m. to Thursday, October 16, 2008, at 10:00 a.m.

Should Your Honor have any additional questions, the undersigned can be reached at (916) 930-4306 or (916) 531-0998.

                              Respectfully submitted,


                              /s/Glenn P. Simon
                              **GLENN P. SIMON**
                              **United States Probation Officer**

Dated:        August 18, 2008
              Sacramento, California
              GPS/cp


**REVIEWED BY:**      /s/Kyriacos M. Simonidis
                      **KYRIACOS M. SIMONIDIS**
                      **Supervising United States Probation Officer**


cc:    Assistant United States Attorney
       Misdemeanor Unit

       Federal Defender's Office
       Misdemeanor Unit

2

Rev. 05/2006
MEMO ~ COURT.MRG

**RE:   Justin Tremain EDWARDS**
  **Docket Number:   2:07CR00093-01**
  **CONTINUATION OF INITIAL APPEARANCE**


**ORDER OF THE COURT:**

[X]   The initial appearance on the probation violation petition filed on July 18, 2008, presently scheduled for August 21, 2008, is continued to October 16, 2008, at 10:00 a.m.

[ ]   Case shall remain on calendar as previous ordered.

[ ]   Other:

DATED:  August 19, 2008.

_____
U.S. MAGISTRATE JUDGE

Rev. 05/2006
MEMO ~ COURT.MRG