UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Kimberly J. Mueller
United States Magistrate Judge
Sacramento, California

         RE: Justin Tremain EDWARDS
            Docket Number:  2:07CR00093-01
            <u>CONTINUATION OF INITIAL
            APPEARANCE</u>

Your Honor:

On July 18, 2008, Your Honor signed a probation violation petition on the above named offender, placing the matter on the Court's calendar for Thursday, August 21, 2008, at 10:00 a.m.  The probation officer was ordered to notify the defendant and counsel of said hearing.

On July 28, 2008, the undersigned attempted to serve the offender with the petition and notify him of his scheduled court date.  While attempting to perform this function, the undersigned discovered that the offender, on July 25, 2008, was involved in a serious automobile accident in Vacaville, California.  According to reports from the automobile accident, the offender was driving a vehicle east bound on Interstate 80 in Vacaville and reportedly driving dangerously.  He was driving at a high rate of speed when he lost control of his vehicle, struck a guard rail and bounced into the path of a semi-tractor trailer.  The semi-tractor trailer overturned but the driver was not injured.  However, the offender's vehicle also overturned and he suffered "major multiple injuries."  Consequently, the undersigned petitioned the Court to continue the initial appearance on the probation violation to October 16, 2008.  Your Honor agreed and continued the matter.

The offender is presently residing with his mother in Vacaville, California.  The undersigned met with the offender on September 22, 2008, and verified his present physical condition.  In the apartment, during the visit, was the offender's full-time caregiver.  The offender was confined to his bedroom.  He is recuperating from major multiple traumas

RE:   Justin Tremain EDWARDS
      Docket Number:   2:07CR00093-01
      <u>CONTINUATION OF INITIAL APPEARANCE</u>

with brain injury and multiple fractures from his motor vehicle accident. He is recuperating from a left sacral and pelvic fractures which have resulted in bilateral lower extremity nonweight bearing status. Essentially, the offender remains confined to his residence except for medical appointments.

As before, it would appear necessary to continue the offender's initial appearance on the probation violation petition for an additional two months while he continues to recover. The undersigned is requesting the Court continue the presently scheduled initial appearance on the probation violation petition scheduled for October 16, 2008, at 10:00 a.m. to December 11, 2008, at 10:00 a.m.

Should Your Honor have any additional questions, the undersigned can be reached at (916) 930-4306 or (916) 531-0998.

　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　/s/Glenn P. Simon
　　　　　　　　　　　　　　　**GLENN P. SIMON**
　　　　　　　　　　　　　　　**United States Probation Officer**


Dated:     October 9, 2008
           Sacramento, California
           GPS/cp


**REVIEWED BY:**     /s/Kyriacos M. Simonidis
                    **KYRIACOS M. SIMONIDIS**
                    **Supervising United States Probation Officer**


cc:   Assistant United States Attorney
      Misdemeanor Unit

      Federal Defender's Office

**RE:   Justin Tremain EDWARDS**
      **Docket Number:   2:07CR00093-01**
      **CONTINUATION OF INITIAL APPEARANCE**

Misdemeanor Unit

**ORDER OF THE COURT:**

[X]   The initial appearance on the probation violation petition filed on July 18, 2008, presently scheduled for October 16, 2008, at 10:00 a.m. is continued to December 11, 2008, at 11:00 a.m.

[ ]   Case shall remain on calendar as previous ordered.

[ ]   Other:

_____        10/15/2008
**KIMBERLY J. MUELLER**                          DATE
United States Magistrate Judge